157 A.3d 813

**DEETZ, Terry Leroy**

v.

**STATE of Maryland**

**Pet. Docket No. 522, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 845, Sept. Term, 2016).

Petition for writ of certiorari denied

■

157 A.3d 813

**DIXON, Joseph Michael**

v.

**STATE of Maryland**

**Pet. Docket No. 574, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

(No. GD64908, District Court of Maryland—Baltimore County).

Petition for writ of certiorari denied